AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Gail Shaw,
      Plaintiff

V.

Aetna Life Insurance Company,
      Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-40020**

2004 MAR -4 P 12: 25

DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT  06156-2970

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marcia L. Elliott, Esq.
307 Central Street
Gardner, MA  01440

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**            2-10-04
CLERK                                    DATE

*Sherry Jones*
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2-27-04 @ 9:28 A.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAN RICARD | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY SERVING CT CORPORATION SYSTEM (GARY SCAPPINI), RESIDENT AGENT FOR AETNA LIFE INSURANCE COMPANY, ONE COMMERCIAL PLAZA, HARTFORD, CONNECTICUT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $65.00 | $65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-27-04
             Date

Signature of Server: Dan Ricard

A-BEST BAIL BONDS
P.O. BOX 653
MANCHESTER, CT 06045

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.