UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL SHAW, | ) CIVIL ACTION NO. 04-40020 NMG |
| Plaintiff, | ) |
| v. | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of James H. Rotondo, on behalf of the Defendant, Aetna Life Insurance Company, in connection with the above-captioned action.

        Respectfully submitted,
        **AETNA LIFE INSURANCE COMPANY**

        By its attorneys,

        /s/ James H. Rotondo
        James H. Rotondo (BBO # 645651)
        DAY, BERRY & HOWARD LLP
        CityPlace I
        185 Asylum Street
        Hartford, CT 06103-3499

Dated: March 11, 2004        (860) 275-0100

## CERTIFICATE OF SERVICE

I hereby certify that on this **11th** day of **March, 2004**, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Marcia L. Elliott, Esq., 307 Central Street, Gardner, MA 01440.

        /s/ James H. Rotondo
        James H. Rotondo