UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL SHAW,  )  <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> AETNA LIFE INSURANCE COMPANY, ) <br>  ) <br> Defendant. ) | CIVIL ACTION NO. 04-40020 NMG |

## MOTION FOR ENLARGEMENT OF TIME

The Defendant, Aetna Life Insurance Company, respectfully moves this Court for an enlargement of time in which to answer plaintiff's complaint until and including Monday, April 19, 2004. In accordance with Local Rules 7-1 of the United States District Court for the District of Massachusetts, the undersigned has conferred with plaintiff's counsel, Marcia L. Elliott, who has agreed to this enlargement of time. This is the first enlargement of time sought by this defendant.

                                                Respectfully submitted,
                                                **AETNA LIFE INSURANCE COMPANY**

                                                By its attorneys,

                                                _____/s/    James H. Rotondo_____
                                                James H. Rotondo (BBO # 645651)
                                                DAY, BERRY & HOWARD LLP
                                                CityPlace I
                                                185 Asylum Street
                                                Hartford, CT 06103-3499
Dated: March 11, 2004                        (860) 275-0100

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this **11th** day of **March, 2004**, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Marcia L. Elliott, Esq., 307 Central Street, Gardner, MA 01440.

                                                         /s/   James H. Rotondo
                                                 James H. Rotondo