UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL SHAW, ) | CIVIL ACTION NO.  04-40020 FDS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 16.1(D)

**I.   Rule 26(f)/Local Rule 16.1(D) Conference**

Conferences were held on June 14 and 15, 2004, pursuant to Fed. R. Civ. P. 26(f) and Loc. R. 16.1(D).  The following counsel participated in the teleconference:

a.   Marcia Elliott for plaintiff Gail Shaw; and

b.   James Rotondo for defendant Aetna Life Insurance Company.

**II.   Proposed Discovery Plan And Case Schedule**

The parties' proposal for a discovery plan is as follows.

| | |
|---|---|
| **Automatic Disclosure** | To be served by August 31, 2004. |
| **Completion of Discovery** | All fact discovery, including depositions, should be completed by June 30, 2005. |
| **Written Discovery** | A maximum of 25 interrogatories by each party, submitted no later than October 30, 2004, unless leave of Court is obtained.  Requests for Admission will be served by January 31, 2005. |
| **Depositions** | The parties anticipate that the plaintiff will require a total of 5 depositions of fact witnesses and that the defendant will require a total of 10 depositions of fact witnesses. |
| **Expert Disclosure** | March 17, 2005 (Plaintiff)<br>April 15, 2005 (Defendant) |

| | |
|---|---|
| **Expert Depositions Completed** | June 30, 2005 |
| **Joinder of Additional Parties** | October 30, 2004 |
| **Amendment of Pleadings** | June 30, 2005 |
| **Dispositive Motions** | 60 days after close of discovery (i.e., August 30, 2005). |
| **Final Pretrial Conference** | October 15, 2005 |
| **Settlement Possibilities** | Mediation may be useful to help resolve the case. |
| **Witness and Exhibit Lists** | To be included in the Pretrial Memorandum as provided in Loc. R. 16.5(D). |
| **Trial Estimate** | One week. |
| **Trial Date** | October 30, 2005 or as scheduled by the Court. |

III. **Other Matters**

    a.    <u>Trial by Magistrate</u>.  The parties do not consent to trial before a U.S. Magistrate Judge.

    b.    <u>Phased Discovery</u>. Discovery will not be conducted in phases.

    c.    <u>Right to Jury Trial</u>.  Plaintiff has sought a jury trial on some or all issues. Defendant disputes whether plaintiff is entitled to a jury trial on any issue.

    d.    <u>Settlement Proposals</u>.  Pursuant to Local Rule 16.1(C), plaintiff will present Aetna with a written settlement proposal on or by July 15, 2004.

IV. **Agenda**

The parties propose the following agenda for the Scheduling Conference:

    a.    the discovery plan and case schedule outlined above;

    b.    the advisability of referring the case to the Court's alternative dispute resolution program under Local Rule 16.4; and

c.   such other matters as the Court may find appropriate and useful to discuss.

## V.   Certification By Counsel

Pursuant to L.R. 16.1(D)(3), the undersigned certify that we have conferred with each other and with our clients (a) with a view to establishing a budget for the cost of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

**PLAINTIFF, GAIL SHAW**

By her attorneys,

/s/ Marcia L. Elliott
Marcia L. Elliott (BBO # 564291)
John M. Flick (BBO # 652169)
ELLIOTT LAW OFFICE, P.C.
307 Central Street
Gardner, MA 01440
(978) 632-7948

**DEFENDANT,
AETNA LIFE INSURANCE COMPANY**

By its attorneys,

/s/ James H. Rotondo
James H. Rotondo (BBO # 645651)
DAY, BERRY & HOWARD LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100