UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

FILED IN CLERK'S OFFICE
2004 JUL -8 P 1: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| GAIL SHAW,<br>      Plaintiff,<br><br>V.<br><br>AETNA LIFE INSURANCE COMPANY,<br>      Defendant. | CIVIL ACTION NO. 04-10020 NMG |

**LOCAL RULE 16.1 (D) (3) CERTIFICATION**

We, Marcia L. Elliott, Attorney for the Plaintiff, and Gail Shaw, Plaintiff, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Dated: June 24, 2004.

_____           _/s/ Gail Shaw_____
Marcia L. Elliott, Esquire            Gail Shaw

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

| | |
|---|---|
| GAIL SHAW,<br>   Plaintiff,<br><br>V.<br><br>AETNA LIFE INSURANCE COMPANY,<br>   Defendant. | CIVIL ACTION NO. 04-10020 NMG |

## LOCAL RULE 16.1 (D) (3) CERTIFICATION

We, Marcia L. Elliott, Attorney for the Plaintiff, and Gail Shaw, Plaintiff, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Dated: June 24, 2004.

_Marcia L. Elliott_

_____
Marcia L. Elliott, Esquire

_Gail Shaw_

_____
Gail Shaw