UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL SHAW, ) | CIVIL ACTION NO. 04-40020 FDS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AETNA LIFE INSURANCE COMPANY'S ASSENTED TO MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

The Defendant, Aetna Life Insurance Company ("Aetna"), hereby moves for a continuance of the scheduling conference now scheduled for September 8, 2004 for the reason that the undersigned, who is the senior lawyer ultimately responsible for the case, is currently on trial and the case is not scheduled to conclude until either September 10 or the following week. The undersigned has conferred with counsel for the plaintiff, Marcia Elliott, who has indicated that she has no objection to a postponement of this scheduling conference.

The undersigned proposes October 6 or 7 as possible dates for the conference, and has confirmed with Ms. Elliott that she will be available.

-2-

Respectfully submitted,
**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

/s/ James H. Rotondo
James H. Rotondo (BBO # 645651)
DAY, BERRY & HOWARD LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100

Dated:  August 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this **17th** day of **August, 2004**, I served a true and correct copy of the foregoing via first class mail, postage prepaid, upon Plaintiff's counsel, Marcia L. Elliott, Esq., 307 Central Street, Gardner, MA 01440.

/s/ James H. Rotondo
James H. Rotondo