UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL SHAW, ) | CIVIL ACTION NO.  04-40020-FDS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| AETNA LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AETNA LIFE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Aetna Life Insurance Company hereby submits its corporate disclosure statement.

Aetna Life Insurance Company is a wholly-owned subsidiary of Aetna Inc.

                Respectfully submitted,
                **AETNA LIFE INSURANCE COMPANY**

                By its attorneys,

                /s/ James H. Rotondo
                James H. Rotondo (BBO # 645651)
                DAY, BERRY & HOWARD LLP
                CityPlace I
                185 Asylum Street
                Hartford, CT 06103-3499
                (860) 275-0100
Dated:  October 7, 2004        E-mail:  jhrotondo@dbh.com