UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GAIL SHAW,

        Plaintiff,               CIVIL ACTION
v.                                      No.04-40020-FDS

AETNA LIFE INSURANCE CO.,

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main St.                 **DATE AND TIME:**
Worcester, MA 01608       **November 22, 2004, at 10:00 A.M.**

_____
Type of Proceeding:


**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**



_____
                                   CHARLES B. SWARTWOOD, III
                                   MAGISTRATE JUDGE


<u>November 5, 2004</u>            /s/ Lisa B. Roland
Date                            Lisa B. Roland,
                                   Deputy Clerk
                                   (508) 929-9905