UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAIL SHAW, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AETNA LIFE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-40020-FDS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Gail Shaw, stipulates to the dismissal with prejudice of all of Plaintiff's claims and causes of action asserted in this lawsuit, and in support would show that Plaintiff no longer wishes to pursue this matter against the Defendant, Aetna Life Insurance Company. Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action asserted in this lawsuit.

WHEREFORE, Plaintiff prays that its claims asserted in this suit be dismissed with prejudice, and that each party bears its own attorneys' fees and costs of court.

Respectfully submitted,
**GAIL SHAW**

By her attorney,

*/s/ signature*

Marcia L. Elliott (BBO # 564291)
John M. Flick (BBO # 652169)
ELLIOTT LAW OFFICE, P.C.
307 Central Street
Gardner, MA 01440
(978) 632-7948

Settlement Agreement.DOC

Respectfully submitted,
**AETNA LIFE INSURANCE COMPANY**

By its attorneys,

*/s/ James H. Rotondo*
James H. Rotondo (BBO # 645651)
DAY, BERRY & HOWARD LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100